Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
abennecoff@creditlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNETTE O'NEILL, | ) |
| | ) |
| Plaintiff, | ) Case No.: 2:16-cv-00409 |
| v. | ) |
| | ) |
| BLUESTEM BRANDS, INC., | ) **STIPULATION FOR DISMISSAL** |
| | ) **OF ACTION WITH PREJUDICE** |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

TO THE CLERK:

Plaintiff, LYNETTE O'NEILL (herein after "Plaintiff"), and Defendant, BLUESTEM BRANDS, INC. (hereinafter "Defendants"), (all jointly hereinafter referred to as "the Parties") hereby move to dismiss the action with prejudice, and in support of this Motion hereby say:

1. This matter is resolved between the parties.

2. The Parties to the litigation have now entered into this Joint Motion.

3. Each party will bear its own attorney's fees and costs.

4. The Parties agree that this Court can proceed to dismiss the action with prejudice.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court dismiss this action with prejudice.

| | |
|---|---|
| /S/ *Erin L Hoffman* | /S/ Amy L. Bennecoff |
| Erin L Hoffman, Esq. | Amy L. Bennecoff (275805) |
| Faegre Baker Daniels LLP | Kimmel & Silverman, P.C. |
| 2200 Wells Fargo Center | 30 East Butler Pike |
| 90 South Seventh Street | Ambler, PA 19002 |
| Minneapolis, MN 55402 | Phone: (215) 540-8888 |
| Phone: (612) 766-7000 | Fax: (215) 540-8817 |
| (612) 766-1600 (fax) | Email: abennecoff@creditlaw.com |
| Email:Erin.Hoffman@FaegreBD.com | Attorney for the Plaintiff |
| Attorney for Defendant | |
| | Date: March 3, 2017 |
| Date: March 3, 2017 | |

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Erin L Hoffman, counsel for Defendants, and that I have obtained Counsel's authorization to affix his electronic signature to this document.

Dated: March 3, 2017        Kimmel & Silverman, P.C.

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 3rd day of March, 2017:

Erin L Hoffman, Esq.
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
(612) 766-1600 (fax)
 Email:Erin.Hoffman@FaegreBD.com
 Attorney for Defendant

Connie Y. Tcheng, Esq.
Doll Amir & Eley LLP
1888 Century Park East Suite 1850
Los Angeles, CA 90067
Phone: (310) 557-9100
(310) 557-9101 (fax)
Email:ctcheng@dollamir.com

DATED:  March 3, 2017                    /s/ Amy L. Bennecoff Ginsburg
                                          Amy L. Bennecoff Ginsburg, Esq.
                                          Attorney for Plaintiff